15-4151

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

        Appellee,

Vs.

GARNETT CAMPBELL, JR.

        Appellant.

---

**MOTION TO WITHDRAW**

**AS COUNSEL OF RECORD**

---

    Comes now counsel for Appellant, GARNETT CAMPBELL, JR., who respectfully requests that she be permitted to withdraw from representation of Appellant, pursuant to Local Rule 46(c) of the Federal Rules of Appellate Practice for the Fourth Circuit Federal Court of Appeals, for the following reasons, to wit:

    Counsel was appointed to represent the Appellant pursuant to her service on the Criminal Justice Act panel. The Appellant is not incarcerated, and despite due diligence by counsel, she has been unable to contact the Appellant. The U.S. Attorney provided to

Appellant an address for the Appellant, and counsel has sent communication to the address provided.  Counsel has not received any communication from the Appellant.  Therefore, counsel has not been able to consult with Appellant regarding the appeal of his criminal conviction and sentence.  Counsel respectfully requests that this Court relieve her as counsel of record, and for any further relief the Court deems necessary and appropriate.

                                            Respectfully Submitted,

                                            <u>s/Scarlet B. Moore, Esq.</u>

                                            SCARLET B. MOORE

                                            COUNSEL FOR GARNETT CAMPBELL, JR.

                                            P.O. BOX 17615

                                            GREENVILLE,  S.C.  29606

                                            (864) 214-5805 (PHONE)

                                            (864) 752-0930 (FAX)

AUGUST 12, 2015