FILED: August 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4151

(6:14-cr-00035-GRA-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GARNETT RADCLIFF CAMPBELL, JR., a/k/a Yeshuah B Al Nina El

      Defendant - Appellant

_____

O R D E R

_____

The court denies counsel's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk