FILED: December 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-4151
(6:14-cr-00035-GRA-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

GARNETT RADCLIFF CAMPBELL, JR., a/k/a Yeshuah B Al Nina El,

        Defendant - Appellant.

O R D E R

Garnett Radcliff Campbell, Jr., pled nolo contendere to one count of passing a false document purporting to be an actual security or other financial instrument issued under the authority of the United States, in violation of 18 U.S.C. § 514(a)(2) (2012), and was sentenced to time served.  Campbell's counsel now appeals from the district court's amended criminal judgment pursuant to Anders v. California, 386 U.S. 738 (1967), raising as issues for review whether the district court committed reversible error during the entry of Campbell's plea and during the sentencing hearing.

Upon review of the record and the <u>Anders</u> brief, the court directs Campbell's counsel to file a brief on the merits. Counsel is free to brief any meritorious issues on appeal, but must particularly address whether the district court reversibly erred in accepting Campbell's plea of nolo contendere.

By separate order, the Clerk's office shall establish an appropriate briefing schedule.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk